**No. 49963.**—Protests 836086–G, etc., of Acorn Importing Co. et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 20, 1945

**No. 49964.**—Protests 59761–K, etc., of Robert E. Miller, Inc., et al. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 49965.**—Protests 914412–G, etc., of Bingham & Co., Inc., et al. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consisted of hemp knotted hats similar in all material respects to those the subject of Abstract 46497, which record was admitted in evidence herein. In accordance therewith the items in question were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.

**No. 49966.**—Protest 34173–K of Men's Hats, Inc. (Baltimore).

Opinion by TILSON, J. The record showed that certain items of the merchandise consisted of hats similar in all material respects to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted in evidence herein. In accordance therewith the items in question were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.

**No. 49967.**—Protest 48273–K of Edward E. Ziskand Co. (New York).

Opinion by TILSON, J The record showed that certain items of the merchandise consisted of manila hemp hats similar in all material respects to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted in evidence herein. In accordance therewith the items in question were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.